# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Jessica M. Richards ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:14-cv-94 |
| Commissioner of Social Security ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: this Court adopts the Report and Recommendations of the United States Magistrate Judge(Doc. #13) in their entirety; Plaintiff's Objections(Doc. #14) are overruled; Judgment entered in favor of Defendant Commissioner and against Plaintiff; case terminated on docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendations

Date: 3/30/2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*